1  Lawrence D. Rohlfing
   Attorney at Law: 119433
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Lorrie L. Arias

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11 LORRIE L. ARIAS,                    ) Case No.: EDCV 11-01084 PLA
                                       )
12        Plaintiff,                   ) ORDER AWARDING EQUAL
                                       ) ACCESS TO JUSTICE ACT
13   vs.                               ) ATTORNEY FEES AND EXPENSES
                                       ) PURSUANT TO 28 U.S.C. § 2412(d)
14 MICHAEL J. ASTRUE,                  ) AND COSTS PURSUANT TO 28
   Commissioner of Social Security,    ) U.S.C. § 1920
                                       )
15        Defendant                    )
                                       )
16 _____      )

17

18    Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

19    IT IS ORDERED that fees and expenses in the amount of $2,440.00 as authorized by 28 U.S.C. § 2412 and costs in the amount of ($60.00) as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

20 DATE:   April 30, 2012

                                       /s/ Paul L. Abrams
                                       _____
                                       THE HONORABLE PAUL L. ABRAMS
                                       UNITED STATES MAGISTRATE JUDGE

1  Respectfully submitted,

2  LAW OFFICES OF Lawrence D. Rohlfing

3      /s/ *Lawrence D. Rohlfing*
    _____

4  Lawrence D. Rohlfing
    Attorney for plaintiff Lorrie L. Arias